UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| | : | MAGISTRATE NO. 06-0410M-01 (CR) |
| **MICHAEL DANIEL RICHARDS,** | : | GRAND JURY ORIGINAL |
| **RUSSELINE DENIEL MILES,** | : | |
| **CHRISTOPHER FLEMING,** | : | VIOLATIONS:  21 U.S.C. §856(a)(2) |
| **Defendants.** | : | (Unlawful Maintenance of a Premises to |
| | : | Manufacture, Distribute, Store, and Use a |
| | : | Controlled Substance); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(A)(iii) |
| | : | (Unlawful Distribution of 50 Grams or More |
| | : | of Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Distribution of Cocaine Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(A)(iii) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 50 Grams or More of Cocaine Base); |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

From on or about January 2006 thru September 2006, within the District of Columbia, **MICHAEL DANIEL RICHARDS, RUSSELINE DENIEL MILES, AND CHRISTOPHER FLEMING**, as the owner, lessee, and agent of a building, room and enclosure, that is, xx Xxxxxx Xxxxxx, X.X., Xxxxxxxxx xxx, Xxxxxxxxxx, X.X., did unlawfully, knowingly and intentionally manage, control, open and maintain said building, room and enclosure for the purpose of unlawfully

manufacturing, storing, distributing and using a controlled substance, that is, cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

   (**Unlawful Maintenance of a Premises to Manufacture, Distribute, Store and Use a Controlled Substance**, in violation of Title 21, United States Code, Section 856(a)(2))

## COUNT TWO

On or about August 18, 2006, within the District of Columbia, **MICHAEL DANIEL RICHARDS, RUSSELINE DENIEL MILES, AND CHRISTOPHER FLEMING**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

   (**Unlawful Distribution of 50 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii) and Title 18, United States Code, Section 2)

## COUNT THREE

On or about August 29, 2006, within the District of Columbia, **MICHAEL DANIEL RICHARDS, RUSSELINE DENIEL MILES, AND CHRISTOPHER FLEMING**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

   (**Unlawful Distribution of 50 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii) and Title 18, United States Code, Section 2)

## COUNT FOUR

On or about September 22, 2006, within the District of Columbia, **MICHAEL DANIEL RICHARDS, RUSSELINE DENIEL MILES, AND CHRISTOPHER FLEMING**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

>   (**Unlawful Distribution of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

## COUNT FIVE

On or about September 26, 2006, within the District of Columbia, **MICHAEL DANIEL RICHARDS, RUSSELINE DENIEL MILES, AND CHRISTOPHER FLEMING**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

>   (**Unlawful Distribution of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

## COUNT SIX

On or about September 26, 2006, within the District of Columbia, **MICHAEL DANIEL RICHARDS, RUSSELINE DENIEL MILES, AND CHRISTOPHER FLEMING**, did unlawfully, knowingly and intentionally possession with intent to distribute a mixture and substance

containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

    (**Unlawful Possession With Intent to Distribute 50 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii) and  Title 18, United States Code, Section 2)

                              A TRUE BILL:

                              FOREPERSON.

Attorney of the United States in
and for the District of Columbia.