**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

**OCT 2 0 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :     Case No. 06-306-03 (TFH) |
| | : |
| CHRISTOPHER FLEMING, | : |
| Defendant. | :     Hearing Date: October 23, 2006 |

## STAY OF RELEASE ORDER

This matter came before the Court on the Government's motion for review of a decision by the Magistrate Judge releasing Defendant Fleming pending trial, denial of the Government's request for a detention hearing and for a stay of Defendant Fleming's release pending a hearing on the motion for review of the release order. Upon consideration of that motion, it is by the Court this _20_ day of October, 2006:

ORDERED, at the request of the parties, that a hearing on the Government's motion is set for Monday, the 23rd day of October, 2006, at _9:30_ (a.m./p.m.; and it is further

ORDERED, that the order releasing Defendant Christopher Fleming, DCDC No. 312-077, PDID NO. 239-979, Marshal's No. 24721016, shall be stayed pending a ruling on the Government's motion and Defendant Fleming shall be held without bond until the Court has issued that ruling.

_____
THOMAS F. HOGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Page 1 of 2