**FILED**

JAN 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, :
:
v. : Case No. 06-306 (TFH)
MICHAEL DANIEL RICHARDS, Et. Al. :
Defendant. : Status Hearing Date: 01-19-07

### ORDER

The Government having filed a motion to exclude time under the Speedy Trial Act, the Court hereby makes the following findings:

1. Additional time is necessary for the defense counsel to review the evidence, to determine the appropriate motions to be filed, if any, and to fully prepare the defense for trial. The Court finds further that, without such additional time, defense counsel would not be able to effectively represent their respective clients at trial.

2. Based on the quantity of evidence, the Court finds that this case is "complex" within the meaning of 18 U.S.C. § 3161 (h)(8)(B)(ii), and that it is unreasonable to expect adequate preparation for pretrial proceedings, and for the trial itself, within the time limits established by the Speedy Trial Act.

3. Regardless of whether this case is "complex", based upon the quantity of evidence, the Court finds that, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv), the failure to provide additional time would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. Based on the foregoing, the matters stated in the governments motion, and for good cause shown, the Court finds that the tolling of the Speedy Trial Act serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial.

THEREFORE, it is this ___19___ day of January, 2007, hereby

ORDERED, that, in accordance with 18 U.S.C. §§ 3161 (h)(8)(A), (h)(8)(B)(ii), (h)(8)(B)(iv) and (h)(7), a period of 120 days shall be excluded from the computation of time within which to commence trial. Such period will commence when the last of the defendants charged in the superceding indictment is brought before this Court for arraignment.

                                                  CHIEF JUDGE THOMAS F. HOGAN
                                                  United States District Court for
                                                  the District of Columbia

cc:
Martin Dee Carpenter
Assistant United States Attorney
Email: martin.carpenter2@usdoj.gov

Attorney Brian K. McDaniel
Email: bkmassociates@aol.com
Attorney Danielle C. Jahn
Email: dani_jahn@fd.org
Attorney Joanne D. Slaight
Email: jslaight@att.net

Clerk of the Court
United States District Court
for the District of Columbia