UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. No. 06-306 (EGS) |
| | : | |
| **MICHAEL DANIEL RICHARDS,** | : | |
| **RUSSELINE DENIEL MILES,** | : | |
| **CHRISTOPHER FLEMING,** | : | |
| **DONNIE SMITH,** | : | |
| **CONROY HUGHES FORBES,** | : | |
| **GREGORY ELLIS GANT,** | : | |
| **JUNIOR SHAW,** | : | |
| | : | |
| **Defendants.** | : | |

**DEFENDANT'S OPPOSITION TO THE GOVERNMENT'S
MOTION IN LIMINE TO ADMIT BRUTON STATEMENT**

Christopher Fleming, through undersigned counsel, respectfully requests that this Court deny the government's motion to admit a Bruton statment and Waiver of Ineffectiveness.

**ARGUMENT**

On June 1, 2007, the government filed a motion that stated "the defendants in this case have not moved to exclude the spontaneous oral statements of Defendant Miles and also, have not moved to exclude her detailed video confession." See Gov't Mot. at 6. This statement is inaccurate; in fact, counsel for Ms. Miles filed a motion to suppress evidence and statements allegedly made by Ms. Miles. Further, Mr. Fleming has no standing to move to suppress the statements made by Ms. Miles.

As this Court is aware, the proper procedure to determine whether or not a co-defendant's statement will be admissible at trial can only occur after a defendant's motion is ruled upon by this Court. Assuming that the government files an opposition to Ms. Miles' motion to suppress,

it is very likely that the Court will set a motions hearing date to hear evidence. Once the motions hearing has been conducted, this Court will make a determination as to whether or not any statements made by Ms. Miles are admissible and therefore useable by the government in their case in-chief. After this judicial determination is made, the government is required to provide notice to any defendant in which the government intends to use a statement made by a co-defendant at trial. It is only at this point, once notice is given, that defense counsel would file a motion in limine requesting that this statement not be admitted due to problems under the Confrontation Clause pursuant to Bruton v. United States, 391 U.S. 123 (1968).

In addition, the government's ludicrous request that this Court make a finding precluding any of the defendants from making an ineffective assistance of counsel claim in the future related to their rights to a speedy trial is of no merit. Mr. Fleming filed motions on June 1, 2007, which have a tolling effect on the Speedy Trial Act.

## CONCLUSION

For the reasons set forth above, and for any other reasons that the Court may deem just and proper, Mr. Fleming requests that the Court deny the government's motion to admit a Bruton statment and Waiver of Ineffectiveness.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


\_\_\_\_/s/_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Cr. No. 06-306 (EGS) |
| : | |
| MICHAEL DANIEL RICHARDS, : | |
| RUSSELINE DENIEL MILES, : | |
| CHRISTOPHER FLEMING, : | |
| DONNIE SMITH, : | |
| CONROY HUGHES FORBES, : | |
| GREGORY ELLIS GANT, : | |
| JUNIOR SHAW, : | |
| : | |
| Defendants. : | |

ORDER

Upon consideration of the United States' Motion to Admit Bruton Statement and Waiver of Ineffectiveness, as well as the defendant's opposition thereto, it is by the Court hereby

**ORDERED** that the United States' motion is **DENIED**.

THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT COURT JUDGE