UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. No. 06-306 (EGS) |
| | : | |
| **MICHAEL DANIEL RICHARDS,** | : | |
| **RUSSELINE DENIEL MILES,** | : | |
| **CHRISTOPHER FLEMING,** | : | |
| **DONNIE SMITH,** | : | |
| **CONROY HUGHES FORBES,** | : | |
| **GREGORY ELLIS GANT,** | : | |
| **JUNIOR SHAW,** | : | |
| | : | |
| **Defendants.** | : | |

**UNOPPOSED MOTION TO CONTINUE MOTIONS SCHEDULE**

Christopher Fleming, through undersigned counsel, respectfully moves this Honorable Court to continue the supplemental motions schedule in this case. In support of this motion, counsel states:

1.      On June 5, 2007, a superceding indictment was filed charging Mr. Fleming with the following counts: Count One - Conspiracy to Possess with Intent to Distribute and to Distribute 50 Grams or More of Cocaine Base and 5 Kilograms or More of Cocaine, in violation of 21 U.S.C. § 846; Count Five - Unlawful Maintenance of a Premises to Manufacture, Distribute, Store and Use a Controlled Substance and Aiding and Abetting, in violation of 21 U.S.C. § 856(a)(2) and 18 U.S.C. § 2; Count Six - Unlawful Distribution of 50 Grams or More of Cocaine Base and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(iii) and 18 U.S.C. § 2; Count Seven - Unlawful Distribution of 50 Grams or More of Cocaine Base and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(iii) and 18 U.S.C. § 2; Count Eight - Unlawful Distribution of Cocaine Base and

Aiding and Abetting, in violation of 21 U.S.C. §841(a)(1) and 841(b)(1)(c) and 18 U.S.C. § 2; Count Nine - Unlawful Distribution of Cocaine Base and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(c) and 18 U.S.C. § 2; and Count Ten - Unlawful Distribution of 50 Grams or More of Cocaine Base and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(iii) and 18 U.S.C. § 2.

2.  On October 23, 2007, the parties appeared before this Court for a motions hearing at which time Mr. Fleming challenged the search of his apartment and his person on September 26, 2006. As a result of this challenge, additional legal arguments were then presented to the court that were not previously raised in the filed motions.

3.  As a result of these additional legal arguments, this Court ordered that the parties file any additional related pleadings no later than November 6, 2007; responses filed no later than November 20, 2007; and replies no later than November 27, 2007.

4.  On October 25, 2007, undersigned counsel ordered a copy of the motions hearing transcript from October 23, 2007. Unfortunately, however, there was an administrative error in the court reporter's office and the court reporter did not receive notice of the ordered transcript until November 1, 2007. Upon learning of the error, the court reporter indicated to undersigned counsel that a copy of the transcript would not be available until sometime the week of November 5, 2007.

5.  In light of the important issues raised at the motions hearing on October 23, 2007, in addition to the testimony adduced at that hearing, undersigned counsel needs an opportunity to review a copy of the transcript before filing any supplemental motions. Therefore, undersigned counsel is requesting a one-week continuance in which to file any supplemental motions.

6.      The government, per Assistant United States Attorney, Greg Marshall, does not oppose this request as long as he is given an additional week in which to respond to Mr. Fleming's supplemental motions.

WHEREFORE, on the behalf of the Defendant, and in the interest of justice, undersigned counsel for the Defendant respectfully requests that this motion be granted.

        Respectfully submitted,
        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

        /s/

        Dani Jahn
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W.
        Suite 550
        Washington, D.C. 20004
        (202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Cr. No. 06-306 (EGS) |
| : | |
| **MICHAEL DANIEL RICHARDS,** : | |
| **RUSSELINE DENIEL MILES,** : | |
| **CHRISTOPHER FLEMING,** : | |
| **DONNIE SMITH,** : | |
| **CONROY HUGHES FORBES,** : | |
| **GREGORY ELLIS GANT,** : | |
| **JUNIOR SHAW,** : | |
| : | |
| **Defendants.** : | |

## ORDER

Upon the unopposed motion of Defendant, Christopher Fleming, for a continuance of the supplemental motions deadline, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the new due date for supplemental motions is Tuesday, November 13, 2007; it is further

**ORDERED** that responses are due Tuesday, November 27, 2007; it is further

**ORDERED** that replies are due Tuesday, December 4, 2007.

THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT COURT JUDGE