UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 06-306 (EGS) |
| v. : | |
| : | |
| MICHAEL RICHARDS, et al., : | |
| Defendants. : | |

### GOVERNMENT'S NOTICE REGARDING POSSIBLE SCHEDULING CONFLICT ON FRIDAY, JANUARY 18, 2008

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this notice regarding a potential scheduling conflict on Friday, January 18, 2008.

As the Court is aware, jury selection in this matter is scheduled to begin on Tuesday, January 15, 2008. On December 12, 2007, the District of Columbia Circuit scheduled oral argument in United States v. Carol E. Tolson, No. 05-3102, for Friday, January 18, 2008, at 9:30 a.m. Undersigned counsel is representing the United States in the Tolson appeal. The appellate court has not yet issued an order regarding allocation of time for argument, but in all likelihood the undersigned would be available to this Court by 10:30 a.m. or thereabouts.

Respectfully submitted,

Jeffrey A. Taylor
United States Attorney
D.C. Bar No. 498-610

By:  /s/
_____
Gregory G. Marshall
Assistant United States Attorney
N.Y. Bar
555 Fourth Street, N.W., Room 4126
Washington, D.C. 20530
office: 353-7557; facsimile: 514-8707
gregory.marshall@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I caused a copy of the foregoing to be served, via electronic filing, upon counsel for the defendants on this 27th day of December, 2007.

/s/
_____
Gregory G. Marshall
Assistant United States Attorney