UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            Criminal No. 06-306 (EGS)

      v.

MICHAEL RICHARDS, et al.,
      Defendants.
_____/

## GOVERNMENT'S NOTICE OF EXPERT TESTIMONY
## AND REQUEST FOR DISCOVERY

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following notice of expert testimony:

First, please be advised that the government may call Detective Anthony O. Washington of the Metropolitan Police Department, or some other law enforcement officer or agent with similar qualifications, as a narcotics expert witness in the trial of this case.

Detective Washington may testify – by providing information, explaining, or by rendering an opinion – concerning the following:

(a) The procedures used by law enforcement agencies in the District of Columbia for handling narcotics evidence and for safeguarding the chain of custody and integrity of the evidence in narcotics cases.

(b) The quantitative and qualitative analyses of the narcotics evidence by the Drug Enforcement Administration ("DEA") and the strength of the substance.

(c) The methods of using and purchasing narcotics, specifically crack cocaine, in the District of Columbia, including but not limited to: the reasons for such methods; the cost (price) of the narcotic, both wholesale and retail; the common dosage of, usable and measurable amounts, and strength of the narcotic; packaging materials, cutting agents,

scales, and paraphernalia for using the drug; and the use of stashes and other methods used to avoid detection of narcotics.

(d) The methods for importing, transporting, manufacturing, processing, packaging, selling, transferring, and trafficking narcotics in the District of Columbia, including but not limited to the roles of different participants in drug trafficking schemes. Detective Washington will testify how powder cocaine is converted into crack cocaine.

(e) That beepers, pagers, cellular telephones, automobiles, stashes, stash houses, safe houses, crack houses, open air drug markets, couriers, ledgers, safes, weapons, including firearms, and false identities are commonly used in the sale, transfer, processing, and trafficking of narcotics in the District of Columbia and elsewhere. Specifically, Detective Washington will testify that guns are used to protect stash houses and other locations from which drugs are sold.

(f) That possession of narcotics for use can be distinguished from possession of narcotics with the intent to distribute.

The expert will base his opinions on the foregoing on his years of training and experience in the area of drug investigations. A copy of Detective Washington's resume is available upon request. In addition, Detective Washington will be available to discuss his testimony with you at your convenience. Please contact the undersigned, and I will provide you with his contact information.

Second, if the parties are not able to negotiate stipulations concerning the narcotics analyses that were conducted by DEA chemists in this case, then the government will call the following chemists from the DEA Mid-Atlantic Laboratory to testify as to the results of the analyses performed on seized narcotics: Matthew Sider, Christopher Chang, Charles Matkovich, Tara

Terrill, Quintet Jenkins, Jerry Walker, Steve Demchuk, and Connie Klinkam. These chemists' resumes are also available upon request.

Third, please note that the government hereby asserts a reverse discovery request pursuant to Federal Rule of Criminal Procedure 16(b), including notice of any expert testimony that the defense intends to present at trial. In addition, the government hereby makes a reverse <u>Lewis</u> request.

Respectfully submitted,

Jeffrey A. Taylor
United States Attorney
D.C. Bar No. 498610

By:  /s/
_____
Gregory G. Marshall
Assistant United States Attorney
N.Y. Bar
555 Fourth Street, N.W., Room 4126
Washington, D.C. 20530
office: 353-7557; facsimile: 514-8707
gregory.marshall@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served, via electronic filing, upon counsel for the defendants on this 3rd day of January, 2008.

/s/
_____
Gregory G. Marshall
Assistant United States Attorney