**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
    Plaintiff,

vs.                                      Criminal No. 06-306-3(EGS)

CHRISTOPHER FLEMING
    Defendant.

**ORDER**

The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **APRIL 7, 2008**; defendant's memorandum lf law, if any shall be filed by no later than **APRIL 14, 2008**; the Government's memorandum of law, if any shall be filed by no later than **APRIL 28, 2008**, and it is further

ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **APRIL 3, 2008 AT 12:30 P.M.**

IT IS SO ORDERED.

DATE: January 16, 2008       EMMET G. SULLIVAN
                                     UNITED STATES DISTRICT JUDGE