UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            Criminal No. 06-306-3 (EGS)

v.                                  FILED

CHRISTOPHER FLEMING,
        Defendant.
_____/

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PROFFER OF EVIDENCE

If this case were to go to trial, the Government's evidence would establish the following beyond a reasonable doubt:

1. From in or about June of 2006 to September 26, 2006, the defendant, Christopher Fleming, assisted the narcotics dealing of Michael Richards, Russeline Miles, and others by permitting them to prepare, package, and sell cocaine base from the apartment he leased, apartment 202 at 65 Hawaii Avenue in Northeast Washington, D.C.

2. In addition, on August 29, 2006, in an undercover police officer's vehicle that was parked near 65 Hawaii Avenue, N.E., the defendant, acting at Richards's request, turned over 52.9 grams of cocaine base to the undercover officer. In exchange, the officer, who had negotiated the drug deal earlier that day with Richards, handed Miles $2,400, the agreed-upon price.

This proffer of evidence is not intended to constitute a complete statement of all facts known by the defendant or the Government, but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for the defendant's plea of guilty to the charge of Conspiracy

to Distribute and Possess With Intent to Distribute Cocaine Base.

                                      Respectfully submitted,

                                      Jeffrey A. Taylor
                                      United States Attorney
                                      DC Bar No. 498610

                                      Emory V. Cole
                                      Assistant United States Attorney
                                      PA Bar No. 49136

By:      _____
                                      Gregory G. Marshall
                                      Assistant United States Attorney
                                      NY Bar
                                      555 Fourth Street, N.W., Room 4126
                                      Washington, D.C. 20530
                                      (202) 353-7557
                                      gregory.marshall@usdoj.gov

## Defendant's Acceptance

I have read the Proffer of Evidence setting forth the facts as to my conduct involving conspiracy to distribute and possess with intent to distribute cocaine base, in violation of Title 21, United States Code, Section 846. I have discussed this proffer fully with my attorney, Dani Jahn, Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it, and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 01/15/08                                      _____
                                                    Christopher Fleming
                                                    Defendant

## Attorney's Acknowledgment

I have read each of the pages constituting the government's proffer of evidence as to the charge against my client, conspiracy to distribute and possess with intent to distribute cocaine base, in violation of Title 21, United States Code, Section 846. I have reviewed the entire proffer with my client and have fully discussed it with him.

Date: 1/15/08                                       _____
                                                    Dani Jahn, Esquire
                                                    Counsel for Christopher Fleming