

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
    Plaintiff,

vs.                            Criminal No. 06-306-3(EGS)

CHRISTOPHER FLEMING
    Defendant.

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I Consent:

_____
United States Attorney

Approved: _____
Judicial Officer

CO-526 (12/86)