UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| : | Criminal No. 06-306-3 (EGS) |
| v.  : | |
| : | |
| CHRISTOPHER FLEMING,  : | |
| Defendant.  : | |

### GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this memorandum in aid of sentencing in the above-referenced case. For the reasons that follow, and any other reasons that may be cited at the sentencing hearing, the United States respectfully requests that the Court sentence the defendant to a 48-month term of imprisonment.

**I. Background**

In June of 2007, a federal grand jury returned a ten-count superseding indictment charging the defendant and six others with various narcotics offenses. The defendant was charged with conspiracy to possess with intent to distribute and to distribute 50 grams or more of cocaine base and 5 kilograms or more of cocaine (count one); unlawful maintenance of a premises to manufacture, distribute, store, and use a controlled substance (count five); unlawful distribution of 50 grams or more of cocaine base (counts six and seven); unlawful distribution of cocaine base (counts eight and nine); and unlawful possession with intent to distribute 50 grams or more of cocaine base (count ten).

On January 15, 2008, the defendant pleaded guilty to conspiracy to possess with intent to distribute and to distribute cocaine base, a lesser-included offense of count one of the indictment, in violation of 21 U.S.C. § 846. The defendant pleaded guilty pursuant to a Rule 11(c)(1)(C) plea agreement whereby the parties "agree[d] that a sentence of 48 months of imprisonment is an appropriate

sentence for the offense to which [the defendant] is pleading guilty." Plea Agreement (Document 127), ¶ 3.[1] At the plea hearing, the defendant agreed – both in writing and orally, under oath – with the government's proffer of evidence in support of the plea. The factual proffer was as follows:

> From in or about June of 2006 to September 26, 2006, the defendant, Christopher Fleming, assisted the narcotics dealing of Michael Richards, Russeline Miles, and others by permitting them to prepare, package, and sell cocaine base from the apartment he leased, apartment 202 at 65 Hawaii Avenue in Northeast Washington, D.C.
>
> In addition, on August 29, 2006, in an undercover police officer's vehicle that was parked near 65 Hawaii Avenue, N.E., the defendant, acting at Richards's request, turned over 52.9 grams of cocaine base to the undercover officer. In exchange, the officer, who had negotiated the drug deal earlier that day with Richards, handed Miles $2,400, the agreed-up price.

Proffer of Evidence (Document 128), ¶¶ 1-2. See also Plea Agreement (Document 127), ¶ 2 (defendant agreed that he was "accountable for more than 50 grams but less than 150 grams of cocaine base").

## II. Discussion

We submit that the Court should accept the Rule 11(c)(1)(C) plea agreement, which sets forth an agreed-to term of incarceration that is "nine months shy of the bottom end (57-71 months) of the advisory guideline range of imprisonment." Presentence Investigation Report, ¶ 62. In making this recommendation, the government asks the Court to consider that the defendant's criminal conduct in the instant case was fueled by his drug addiction, and that the defendant has long battled such addiction. Id. ¶¶ 47-49, 54-56. In addition, prior to this case, the defendant had been arrested on two occasions resulting in one only conviction for a misdemeanor offense. Id. ¶¶ 29-30. Furthermore, the defendant – who earned an associate's degree and served in the United States Army – has, when sober, a solid

---

[1] The Rule 11(c)(1)(C) "agreement with respect to the appropriate sentence affects only the term of imprisonment; the otherwise applicable statutory and Sentencing Guidelines provisions are applicable to other sentencing incidents, such as a fine and term of supervised release." Id.

record of employment. Id. ¶¶ 50-56. In short, when balancing the factors set forth in 18 U.S.C. § 3553(a), the government believes that the proposed term of incarceration is fair and just under the circumstances of this case.

WHEREFORE, for the foregoing reasons, the United States respectfully requests that the Court accept the Rule 11(c)(1)(C) plea agreement and sentence the defendant to, inter alia, 48 months of imprisonment.

Respectfully submitted,

Jeffrey A. Taylor
United States Attorney
DC Bar No. 498610

Emory V. Cole
Assistant United States Attorney
PA Bar No. 49136

By: /s/
_____
Gregory G. Marshall
Assistant United States Attorney
CT Bar No. 409959
555 Fourth Street, N.W., Room 4126
Washington, DC 20530
office: 353-7557; facsimile: 514-8707
gregory.marshall@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of this pleading to be served upon defense counsel, via the electronic case filing system, this 1st day of April, 2008.

/s/
_____
Gregory G. Marshall
Assistant United States Attorney