HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-306-03 |
| vs. | : | SSN: |
| FLEMING, Christopher | : | Disclosure Date: February 28, 2008 |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                    _____
Prosecuting Attorney                                                                  Date

### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_Christopher Fleming_ 03/09/08                                   _Rani Jahn_ 3/9/08
Defendant                     Date                                       Defense Counsel
                                                                                  Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **March 13, 2008**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

March 11, 2008

Michael Penders
United States Probation Officer
United States District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

Via Facsimile: 202-273-0242

                        Re:    United States v. Christopher Fleming
                                  Criminal No.: 06-306 (EGS)

Dear Mr. Penders:

Enclosed please find the Defendant's Objections and Comments to the Pre-Sentence Report, prepared in the above case, dated February 28, 2008.

**Objections and Comments**

1.     Mr. Fleming requests that the release status section on the front page also include the information contained in Paragraph 7 on Page 4 of the PreSentence Report. Mr. Fleming wants to ensure that he receives all appropriate credit for time served.

2.     Mr. Fleming respectfully requests that Paragraph 13 on Page 4 of the PreSentence Report be modified to reflect that the undercover handed Ms. Miles the currency (not Mr. Fleming).

3.     Mr. Fleming respectfully requests that Paragraph 59 on Page 12 of the PreSentence Report be modified to reflect that he does "not" have the ability to pay a fine. Undersigned counsel believes the word "not" was omitted from this paragraph in light of the financial information presented on Page 11.

Thank you for your consideration in this matter. Please feel free to call me if there are any details that we need to discuss.

Very truly yours,

Dani Jahn
Assistant Federal Public Defender

cc:  Greg Marshall
     Assistant U.S. Attorney
     555 4th Street, N.W.
     Washington, D.C. 20530
     (via email)